# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------------------x

In re:                                                  Case No. 19-35910-cgm

**Daniel Lowe,**                                        Chapter 7

                                                        **HON. CECELIA G. MORRIS**


        Debtor(s).
-------------------------------------------------------------------x

### <u>RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURE AFFIDAVIT</u>

        As attorney for movant admitted to practice before this Court, I represent that upon

information and belief, the debtor is not an infant, incompetent, or in the military.


Dated: June 17, 2019


                                By: <u>/s/ Barbara Whipple_____</u>
                                        Barbara Whipple, Esq.
                                        Attorney for Secured Creditor

# EXHIBIT "B"

At Part _IAS_ of the Supreme Court of the State of
New York, held in and for the County of PUTNAM
at the Courthouse, 20 County Center, Carmel, NY
10512, on the _25ᵗʰ_ day of
_February_, 2019.

P R E S E N T: Honorable ~~Janet C. Malone~~ _Thomas P. Zugibe_, J.S.C.

DOCUMENT # 5500056

03/05/2019   03:02:26 P.M.
LIBER = PAGE
RECEIPT: 3576   FEE: $.00
Michael C. Bartolotti
PUTNAM COUNTY CLERK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF PUTNAM
------------------------------------------------------------X

U.S. BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR SPECIALTY UNDERWRITING
AND RESIDENTIAL FINANCE TRUST
MORTGAGE LOAN ASSET-BACKED
CERTIFICATES SERIES 2007-AB1,

Plaintiff,

vs.

DANIEL R. LOWE A/K/A DANIEL LOWE;
CHANDRA P. LOWE A/K/A CHANDRA LOWE;
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; WILMINGTON FINANCE, INC.;
UNITED STATES OF AMERICA – INTERNAL
REVENUE SERVICE; DISCOVER BANK; BANK OF
AMERICA, N.A. F/K/A FIA CARD SERVICES, N.A.;
CHASE BANK USA, NATIONAL ASSOCIATION;
MARK LOWE; NICOLAS LOWE,

Defendants.
------------------------------------------------------------X

INDEX NO.: 1580/2015

**ORDER CONFIRMING REFEREE**
**REPORT AND JUDGMENT OF**
**FORECLOSURE AND SALE**

MORTGAGED PROPERTY:
19 MELNICK ROAD LAKE
PEEKSKILL, NY 10537

COUNTY: PUTNAM

SBL#: Section 91.26, Block 1, Lot 47

UPON reading the Summons, Complaint and Notice of Pendency filed in this action on

August 7, 2015, the Notice of Motion dated January _17_, 2019, the affirmation of Matthew

Rothstein, Esq. and the exhibits annexed thereto, and upon the affidavit of merit and amount due

by Daphne Proctor who is Document Execution Specialist of Nationstar Mortgage LLC, duly

sworn to on January 20, 2016; together with the exhibits attached thereto, all in support of
Plaintiff's motion for a Judgment of Foreclosure and Sale; and

UPON proof that each of the Defendants herein have been duly served with the Summons
and Complaint in this action, and has voluntarily appeared either personally or by their
respective attorneys or have not served any answer to the Complaint or otherwise appeared, nor
had their time to so do extended; and Plaintiff having established to the court's satisfaction that
judgment against the defendants is warranted;

UPON the affidavit of mailing reflecting compliance with CPLR 3215(g)(3)(iii); and

UPON proof that non-appearing defendants are not absent, in accordance with RPAPL
§1321(2);

A Referee had been appointed to compute the amount due to the Plaintiff upon the
bond/note and mortgage set forth in the Complaint, and to examine whether the mortgaged
property can be sold in parcels; and

UPON reading and filing the Report of Frank D. Lombardi dated November 26, 2018,
showing the sum of $434,787.74 due as of August 31, 2018 and that the mortgaged property
cannot be sold in parcels; and

UPON proof of due notice of this application upon all parties entitled to receive same,
and upon all of the prior proceedings and papers filed herein;

NOW, on motion by Matthew Rothstein, Esq., attorney for the Plaintiff, it is hereby

ORDERED, ADJUDGED AND DECREED that the motion is granted; and it is further

ORDERED, ADJUDGED AND DECREED that the Referee's Report be, and the same
is, hereby in all respects ratified and confirmed; and it is further

ORDERED, ADJUDGED AND DECREED that the mortgaged property described in the
Complaint in this action and as hereafter described, or such part thereof as may be sufficient to
discharge the mortgage debt, the expenses of the sale, and the costs of this action as provided by
the RPAPL be sold, within 90 days from the date of this Judgment, in one parcel, at public
auction at the _Putnam County Courthouse , 20 County Center, Carmel, New York_ by and
under the direction of Frank D. Lombardi, who is hereby appointed Referee for that purpose; that
said Referee give public notice of the time and place of sale in accordance with RPAPL §231 in
_The Putnam County Press_ ; and it is further

ORDERED, ADJUDGED AND DECREED that by accepting this appointment the
Referee certifies that he/she is in compliance with Part 36 of the Rules of the Chief Judge (22
NYCRR Part 36), including, but not limited to §36.2(c) ("Disqualifications from appointment"),
and §36.2(d) ("Limitations on appointments based upon compensation"); and, if the Referee is
disqualified from receiving an appointment pursuant to the provisions of that Rule, the Referee
shall immediately notify the Appointing Judge; and it is further

ORDERED, ADJUDGED AND DECREED that the Referee is prohibited from accepting
or retaining any funds for him/herself or paying funds to him/herself without compliance with
Part 36 of the Rules of the Chief Administrative Judge; and it is further

ORDERED, ADJUDGED AND DECREED that the Referee shall conduct the
foreclosure sale only if Plaintiff, its successors and/or assignees, or its representative is present at

the sale or the Referee has received a written bid and Terms of Sale from Plaintiff, its successors

and/or assigns, or its representative; and it is further

ORDERED, ADJUDGED AND DECREED that if the Referee does not conduct the sale

within 90 days of the date of the judgment, in accordance with CPLR 2004, the time fixed by

RPAPL §1351(1) is extended for the Referee to conduct the sale as soon as reasonably

practicable; and it is further

ORDERED, ADJUDGED AND DECREED that at the time of sale the Referee shall

accept a written bid from the Plaintiff or the Plaintiff's attorney, just as though Plaintiff were

physically present to submit said bid; and it is further

ORDERED, ADJUDGED AND DECREED that the Referee shall accept the highest bid

offered by a bidder who shall be identified upon the court record, and shall require that the

successful bidder immediately execute Terms of Sale for the purchase of the property, and pay to

the Referee, in cash or certified or bank check, ten percent (10%) of the sum bid, unless the

successful bidder is the Plaintiff in which case no deposit against the purchase price shall be

required; and it is further

ORDERED, ADJUDGED AND DECREED that in the event the first successful bidder

fails to execute the Terms of Sale immediately following the bidding upon the subject property

or fails to immediately pay the ten percent (10%) deposit as required, the property shall

immediately and on the same day be reoffered at auction; and it is further

ORDERED, ADJUDGED AND DECREED that the Referee shall then deposit the down

payment and proceeds of sale, as necessary, in *Referee's I.O.L.A account*

in his/her own name as Referee, in accordance with CPLR 2609; and it is further

ORDERED, ADJUDGED AND DECREED that after the property is sold the Referee

shall execute a deed to the purchaser, in accordance with RPAPL §1353 and the terms of sale,

which shall be deemed a binding contract; and it is further

ORDERED, ADJUDGED AND DECREED that in the event a party other than the

Plaintiff becomes the purchaser at the sale, the closing of title shall be had thirty (30) days after

the date of such sale unless otherwise stipulated by all parties to the sale; and it is further

ORDERED, ADJUDGED, AND DECREED that if the Plaintiff (or its affiliate, as

defined in paragraph (a) of subdivision 1 of section six-l of the Banking Law) is the purchaser,

such party shall place the property back on the market for sale or other occupancy: (a) within one

hundred eighty (180) days of the execution of the deed of sale, or (b) within ninety (90) days of

completion of construction, renovation, or rehabilitation of the property, provided that such

construction, renovation, or rehabilitation proceeded diligently to completion, whichever comes

first, provided however, a court of competent jurisdiction may grant an extension for good cause;

and it is further

ORDERED, ADJUDGED, AND DECREED that the Referee, on receiving the proceeds

of such sale, shall forthwith pay therefrom, in accordance with their priority according to law, all

taxes, assessments, sewer rents, or water rates, which are, or may become, liens on the property

at the time of sale, with such interest or penalties which may have lawfully accrued thereon to

the date of payment; and it is further

ORDERED, ADJUDGED, AND DECREED, that the Referee then deposit the balance of

said proceeds of sale in her/his own name as Referee in *Referee's I.O.LA. account*, and

shall thereafter make the following payments in accordance with RPAPL §1354, as follows:

FIRST: The Referee's statutory fees for conducting the sale, in accordance

with CPLR 8003(b), not to exceed $~~$500~~ *750*.00 unless the property sells for

$50,000.00 or more -OR- in the event a sale was cancelled or postponed, Plaintiff

shall compensate the Referee in the sum of $ *250.00* for each adjournment

*with less than 24 hours notice*

or cancellation, unless the Referee caused the delay;

SECOND: All taxes, assessments and water rates that are liens upon the

property and monies necessary to redeem the property from any sales for unpaid

taxes, assessments, or water rates that have not apparently become absolute, and

any other amounts due in accordance with RPAPL §1354(2). Purchaser shall be

responsible for interest and penalties due on any real property taxes accruing after

the sale. The Referee shall not be held responsible for the payment of penalties or

fees pursuant to this appointment. The Purchaser shall hold the Referee harmless

from any such penalties or fees assessed;

THIRD: The expenses of the sale and the advertising expenses as shown

on the bills presented and certified by said Referee to be correct, duplicate copies

of which shall be annexed to the report of sale;

FOURTH: The Referee shall then pay to the Plaintiff or its attorney the

following:

Amount Due per Referee's Report: $434,787.74 with interest at the note

rate from August 31, 2018, together with any advances together with any

advances as provided for in the note and mortgage which Plaintiff has made for

taxes, insurance, principal, and interest, and any other charges due to prior

mortgages or to maintain the property pending consummation of this foreclosure

sale, not previously included in the computation, upon presentation of receipts for

said expenditures to the Referee, all together with interest thereon pursuant to the

note and mortgage, and then with interest from the date of entry of this judgment

at the statutory rate until the date the deed is transferred;



Costs and Disbursements: $ 2395.00            adjudged to the

Plaintiff for costs and disbursements in this action, with interest at the statutory

judgment rate from the date of entry of this judgment;

Additional Allowance: $    0.00        is hereby awarded to the

Plaintiff in addition to costs, with interest at the statutory judgment rate from the

date of entry of this judgment, pursuant to CPLR Article 83;

Attorney Fees: $  2,500.00        is hereby awarded to the

Plaintiff as reasonable legal fees herein, with interest at the statutory rate from the

date of entry of this judgment;

*deposited with the
Putnam County Commission
of Finance*

*AP
JSC*

FIFTH: Surplus monies arising from the sale shall be paid into court by the officer conducting the sale within five days after receipt in accordance with RPAPL §1354(4) and in accordance with local County rules regarding Surplus Monies; and it is further

ORDERED, ADJUDGED AND DECREED that if the Plaintiff is the purchaser of the property, or in the event that the rights of the purchasers at such sale and the terms of sale under this judgment shall be assigned to and be acquired by the Plaintiff, and a valid assignment thereof is filed with said Referee, said Referee shall not require the Plaintiff to pay in cash the entire amount bid at said sale, but shall execute and deliver to the Plaintiff or its assignee, a deed or deeds of the property sold upon the payment to said Referee of the amounts specified in items marked "First" , "Second", and "Third" above; that the Referee shall allow the Plaintiff to pay the amounts specified in "Second" and "Third" above when it is recording the deed; that the balance of the bid, after deducting the amounts paid by the Plaintiff, shall be applied to the amount due Plaintiff as specified in paragraph "Fourth" above; that if there is a surplus after applying the balance of the bid, the Plaintiff shall pay that amount to the Referee, who shall deposit it in accordance with paragraph "Fifth" above; and it is further

ORDERED, ADJUDGED AND DECREED that all expenses of recording the Referee's deed, including real property transfer tax, which is not a lien upon the property at the time of sale, shall be paid by the purchaser, not by the Referee from sale proceeds; and that any transfer tax shall be paid in accordance with Tax Law §1404; and it is further

ORDERED, ADJUDGED AND DECREED that if the sale proceeds distributed in accordance with paragraphs "First," "Second, "Third" and "Fourth" above are insufficient to pay Plaintiff the Amount Due per the Referee's Report as set forth in paragraph "Fourth" above, Plaintiff may seek to recover a deficiency judgment against DANIEL R. LOWE A/K/A DANIEL LOWE in accordance with RPAPL §1371 if permitted by law; and it is further

ORDERED, ADJUDGED, AND DECREED that the mortgaged property is to be sold in one parcel in "as is" physical order and condition, subject to any state of facts that an inspection of the property would disclose; any state of facts that an accurate survey of the property would show; any covenants, restrictions, declarations, reservations, easements, right of way, and public utility agreements of record, if any; any building and zoning ordinances of the municipality in which the mortgaged property is located and possible violations of same; any rights of tenants or persons in possession of the subject property; prior liens of record, if any, except those liens addressed in RPAPL §1354; any equity of redemption of the United States of America to redeem the property within 120 days from the date of sale; and any rights pursuant to CPLR §317, §2003 and §5015 or any appeal of the underlying action or additional litigation brought by any defendant or its successor or assignee contesting the validity of this foreclosure; and it is further

ORDERED, ADJUDGED AND DECREED that the purchaser be let into possession of the property on production of the Referee's Deed or upon personal service of the Referee's deed in accordance with CPLR §308; and it is further

ORDERED, ADJUDGED AND DECREED that the Defendants in this action and all persons claiming through them and any person obtaining an interest in the property after the

filing of the Notice of Pendency are barred and foreclosed of all right, claim, lien, title, and

interest in the property after the sale of the mortgaged property; and it is further

ORDERED, ADJUDGED AND DECREED that within thirty days after completing the

sale and executing the proper conveyance to the purchaser, unless the time is extended by the

court, the officer making the sale shall file with the clerk a report under oath of the disposition of

the proceeds of the sale in accordance with RPAPL §1355(1) and follow all local County rules

regarding handling of Surplus Monies; and it is further

ORDERED ADJUDGED AND DECREED that if the purchaser or purchasers at said

sale default(s) upon the bid and/or the terms of sale the Referee may place the property for resale

without prior application to the Court unless the Plaintiff's attorneys shall elect to make such

application; and it is further

ORDERED, ADJUDGED AND DECREED that Plaintiff shall serve a copy of this

Judgment with Notice of Entry upon the owner of the equity of redemption, any tenants named

in this action, and any other parties or persons entitled to service, including the Referee

appointed herein; and it is further

ORDERED, ADJUDGED AND DECREED that nothing herein shall be deemed to

relieve Plaintiff of any obligation imposed by RPAPL §1307 and RPAPL §1308 to secure and

maintain the property until such time as ownership of the property has been transferred and the

deed duly recorded; and it is further

ORDERED, ADJUDGED AND DECREED that when the Referee files a report of sale,

he or she shall concurrently file a Foreclosure Actions Surplus Monies Form; and it is further

ORDERED, ADJUDGED AND DECREED that to ensure compliance herewith, Plaintiff

shall file a written report with the court within ~~six~~ ^five months from the date of entry of this judgment

stating whether the sale has occurred and the outcome thereof. *If report not filed by May 28, 2019, an appearance will be required on that date.* ^~~∱~~ JSC

Said property is commonly known as 19 MELNICK ROAD, LAKE PEEKSKILL, NY

10537. The legal description of the mortgaged property referred to herein is annexed hereto as

**Schedule "A".**

DATED: February 25, 2019          ENTER:

_____
J.S.C.
*Hon. Thomas P. Zugibe*

*ENTERED: March 5, 2019*

_____
*Michael C. Bartolotti - Clerk*

## SCHEDULE A - LEGAL DESCRIPTION

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND
IMPROVEMENTS THEREON ERECTED, SITUATE, LYING AND BEING IN THE TOWN OF
PUTNAM VALLEY, COUNTY OF PUTNAM AND STATE OF NEW YORK, KNOWN AND
DESIGNATED AS AND BY LOTS NOS. 66, 67, 68, 69, 70 AND 71 IN BLOCK 28 ON
A CERTAIN MAP ENTITLED, "LAKE PEEKSKILL SECTION C, OWNED AND DEVELOPED BY
MCGOLRICK REALTY CO., INC., 225 WEST 34TH STREET, NEW YORK, SURVEYED BY
HUDSON VALLEY ENGINEERING CO., INC., PEEKSKILL AND CARMEL, N.Y., APRIL 1929"
AND FILED IN THE OFFICE OF THE CLERK OF THE COUNTY OF PUTNAM, STATE OF NEW
YORK, ON MAY 28TH 1929 UNDER FILE NO. 185B, AND BEING MORE PARTICULARLY
BOUNDED AND DESCRIBED AS FOLLOWS:
BEGINNING AT THE POINT OF INTERSECTION OF THE SOUTHERLY SIDE OF MATHES
STREET AND THE EASTERLY LINE OF LOT NO. 65 AS SHOWN ON THE AFORESAID FILED
MAP; RUNNING THENCE ALONG SAID SOUTHERLY LINE OF MATHES STREET IN A
GENERAL EASTERLY DIRECTION ON A CURVE TO THE LEFT HAVING A RADIUS OF 116.50
FEET A DISTANCE OF 46.57 FEET TO A POINT STILL ON THE SOUTHERLY LINE OF
MATHES STREET;
CONTINUING THENCE ALONG SAME ON A CURVE TO THE RIGHT HAVING A RADIUS OF
331.50 FEET TO A DISTANCE OF 77.63 FEET TO A POINT STILL ON THE SOUTHERLY LINE
OF MATHES STREET:
CONTINUING THENCE ALONG SAME NORTH 73 DEGREES 31 MINUTES EAST 21.37 FEET
PER SURVEY (20.77 FEET PER FILED MAP) TO A POINT STILL ON THE SOUTHERLY LINE OF
MATHES STREET; RUNNING THENCE IN A GENERAL SOUTHEASTERLY DIRECTION ON A
CURVE TO THE RIGHT HAVING A RADIUS OF 15.00 FEET A DISTANCE OF 29.81 FEET TO A
POINT ON THE WESTERLY SIDE OF MAE PLACE (NOW KNOWN AS MELNICK PLACE);
RUNNING THENCE ALONG SAME, SOUTH 7 DEGREES 23 MINUTES WEST, 80.68 FEET TO A
POINT ON THE NORTHERLY LINE OF LOT 72 AS SHOWN ON THE AFORESAID FILED MAP:
RUNNING THENCE ALONG SAME, SOUTH 89 DEGREES 22 MINUTES WEST, 104.34 FEET TO
A POINT ON THE WESTERLY LINE AT LOT 72 AS SHOWN ON THE AFORESAID FILED MAP;
RUNNING THENCE ALONG SAME AND ALONG THE WESTERLY LINE OF LOT 73, DUE
SOUTH 40.01 FEET TO A POINT ON THE NORTHERLY LINE OF LOT 79 AS SHOWN ON THE
AFORESAID FILED MAP; RUNNING THENCE ALONG SAME AND ALONG THE NORTHERLY
LINE OF LOT 80, SOUTH 89 DEGREES 22 MINUTES WEST 40.00 FEET TO A POINT ON THE
EASTERLY LINE OF LOT 65 AS SHOWN ON THE AFORESAID FILED MAP:
RUNNING THENCE ALONG SAME, DUE NORTH 86.71 FEET TO A POINT STILL ON THE
EASTERLY LINE OF LOT 65, SAID POINT BEING THE POINT AND PLACE OF BEGINNING.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF PUTNAM
------------------------------------------------------------------X

U.S. BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR SPECIALTY UNDERWRITING
AND RESIDENTIAL FINANCE TRUST
MORTGAGE LOAN ASSET-BACKED
CERTIFICATES SERIES 2007-AB1,

INDEX NO.: 1580/2015

**COSTS TO PLAINTIFF**

Plaintiff,

MORTGAGED PROPERTY:
19 MELNICK ROAD LAKE
PEEKSKILL, NY 10537

vs.

COUNTY: PUTNAM

DANIEL R. LOWE A/K/A DANIEL LOWE;
CHANDRA P. LOWE A/K/A CHANDRA LOWE;
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; WILMINGTON FINANCE, INC.;
UNITED STATES OF AMERICA – INTERNAL
REVENUE SERVICE; DISCOVER BANK; BANK OF
AMERICA, N.A. F/K/A FIA CARD SERVICES, N.A.;
CHASE BANK USA, NATIONAL ASSOCIATION;
MARK LOWE; NICOLAS LOWE,

SBL#: Section 91.26, Block 1, Lot 47

Defendants.

------------------------------------------------------------------X

**COSTS**

| | |
|---|---|
| Costs before Note of Issue - CPLR 8201(1) . . . . . . . . . . . | $200.00 |
| Allowance by statute - CPLR 8302(a)(b) . . . . . . . . . . . . | $150.00 |

| | |
|---|---|
| First $200.00 at 10% . . . . . . . . . . . . . . $20.00 | |
| Next $800.00 at 5% . . . . . . . . . . . . . . $40.00 | |
| Next $2000.00 at 2% . . . . . . . . . . . . . . $40.00 | |
| Next $5000.00 at 1% . . . . . . . . . . . . . . $50.00 | |

| | |
|---|---|
| Additional allowance - CPLR 8302(d) . . . . . . . . . . . . . . | $50.00 |

**FEES AND DISBURSEMENTS**

| | | |
|---|---|---|
| Fee for index number - . . . . . . . . . . . . . . . . . . . . . . . | CPLR 8018(a) | $400.00 |
| Referee's fee to compute, per order of the court - . . . | CPLR 8003(a) | $250.00 |
| Paid for searches - . . . . . . . . . . . . . . . . . . . . . . . . . | CPLR 8301(a)(10) | $75.00 |

(COSTS TAXED AT $ 239.00)

Serving copy of Summons and Complaint - . . . . . . . CPLR 8301(d)          $1,050.00
Request for judicial intervention . . . . . . . . . . . . . . . . CPLR 8020(a)          $95.00
Clerk's fee for filing of Notice of Pendency - . . . . . . CPLR 8021(a)(10)          $35.00
Motion fees - . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CPLR 8020(a)          $90.00

        **Total** . . . . . . . . . . . . . . . . .          **$2,395.00**

## ATTORNEY'S AFFIRMATION

The undersigned, Matthew Rothstein, Esq., pursuant to CPLR 2106 and under penalties

of perjury affirms as follows:

That he is the attorney of record for the Plaintiff in the above captioned action; that the

foregoing disbursements have been incurred in this action and are reasonable in amount and that

the copies of documents or papers as charged herein were actually and necessarily obtained for

use.

Dated: January 17, 2019
    Westbury, NY

           **RAS BORISKIN, LLC**

        By: Matthew Rothstein, Esq.
        *Attorneys for Plaintiff*
        900 Merchants Concourse, Suite 310
        Westbury, NY 11590

COSTS TAXED AT $ 2395.60

# PROVEST

4520 SEEDLING CIRCLE
TAMPA, FL 33614-2400
Phone: 813-877-2844 Email: accounts_receivable@provest.us

8/11/2015

| INVOICE | INVOICE NUMBER: | 4372495 |
|---------|-----------------|---------|

| CUSTOMER | BILLING INFORMATION | |
|----------|---------------------|--|
| RAS BORISKIN, LLC | FILE NUMBER: | |
| 900 Merchants Concourse | MAIN DEFENDANT: | DANIEL R LOWE |
| | PLAINTIFF: | NATIONSTAR MORTGAGE LLC AS |
| Westbury, NY 11590 | COUNTY: | Putnam |
| | COURT CASE NUMBER: | |
| | FILE TYPE: | Advanced Fee |
| LISA SOAVE, ESQUIRE | DOCUMENT TYPE: | NOTICE OF PENDENCY AND, |

| STATUS DATE | DESCRIPTION | TAX | CHARGE | TOTAL |
|-------------|-------------|-----|--------|-------|
| | | $0.00 | $0.00 | $0.00 |

**MISCELLANEOUS CHARGES**

| | | |
|--|--|--|
| ADVANCE NOTICE OF PENENDCY FEE | $35.00 | |
| Advanced Index Number Fee | $400.00 | |
| | | SUBTOTAL: | $0.00 |
| | | TOTAL EXTRA CHARGES: | $435.00 |
| | | PREPAID: | |
| TOTAL MISC. CHARGI | $435.00 | | |
| | | TOTAL: | $435.00 |

PLEASE REMIT PAYMENT TO:
PROVEST - FLORIDA
PO BOX 919415
ORLANDO, FL 32891-9415

# PROVEST

08/27/2015

4520 SEEDLING CIRCLE
TAMPA, FL 33614-2400

Phone: 813-877-2844 Email: accounts_receivable@provest.us

## INVOICE

### INVOICE NUMBER: ▮▮▮▮▮

| CUSTOMER | BILLING INFORMATION |
|---|---|
| RAS BORISKIN, LLC<br>900 MERCHANTS CONCOURSE<br><br>WESTBURY, NY 11599<br>SARA BORISKIN | FILE NUMBER: ▮▮▮<br>MAIN DEFENDANT: DANIEL R. LOWE A/K/A DANIEL LOWE<br>PLAINTIFF: U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE<br>FOR SPECIALTY UNDERWRITING AND<br>RESIDENTIAL FINANCE TRUST MORTGAGE LOAN<br>ASSET-BACKED CERTIFICATES SERIES 2007-AB1<br>COUNTY: PUTNAM |

| STATUS DATE | DESCRIPTION | TAX | CHARGE | TOTAL |
|---|---|---|---|---|
| **DANIEL R. LOWE A/K/A DANIEL LOWE** | | $0.00 | $0.00 | $0.00 |
| 08/19/2015 | PENDING | $0.00 | $75.00 | $75.00 |
| 08/20/2015 | ATTEMPTING SERVICE - RUSH - 1st Address | $0.00 | $35.00 | $35.00 |
| 08/20/2015 | INVESTIGATION | $0.00 | $0.00 | $0.00 |
| 08/21/2015 | SUITABLE SERVICE | $0.00 | $0.00 | $0.00 |
| 08/21/2015 | LOCATED ADDRESS | $0.00 | $0.00 | $0.00 |
| 08/27/2015 | 3215 MAILING SENT | $0.00 | $0.00 | $0.00 |
| 08/27/2015 | CANCELLED PER CLIENT | $0.00 | $0.00 | $0.00 |
| 08/27/2015 | CANCELLED PER CLIENT | $0.00 | $0.00 | $0.00 |
| **CHANDRA P. LOWE A/K/A CHANDRA LOWE** | | $0.00 | $0.00 | $0.00 |
| 08/19/2015 | PENDING | $0.00 | $35.00 | $35.00 |
| 08/20/2015 | INVESTIGATION | $0.00 | $75.00 | $75.00 |
| 08/20/2015 | ATTEMPTING SERVICE - RUSH - 1st Address | $0.00 | $0.00 | $0.00 |
| 08/21/2015 | SUITABLE SERVICE | $0.00 | $0.00 | $0.00 |
| 08/21/2015 | LOCATED ADDRESS | $0.00 | $0.00 | $0.00 |
| 08/27/2015 | 3215 MAILING SENT | $0.00 | $0.00 | $0.00 |
| 08/27/2015 | CANCELLED PER CLIENT | $0.00 | $0.00 | $0.00 |
| 08/27/2015 | CANCELLED PER CLIENT | $0.00 | $0.00 | $0.00 |
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** | | $0.00 | $0.00 | $0.00 |
| 08/19/2015 | PENDING | $0.00 | $75.00 | $75.00 |
| 08/20/2015 | ATTEMPTING SERVICE - 1st Address | $0.00 | $0.00 | $0.00 |
| 08/21/2015 | SERVED AWAIT RETURN | $0.00 | $0.00 | $0.00 |
| 08/21/2015 | COMPLETE | $0.00 | $0.00 | $0.00 |
| 08/27/2015 | CANCELLED PER CLIENT | $0.00 | $0.00 | $0.00 |
| **WILMINGTON FINANCE, INC.** | | $0.00 | $0.00 | $0.00 |
| 08/19/2015 | PENDING | $0.00 | $75.00 | $75.00 |
| 08/20/2015 | ATTEMPTING SERVICE - 1st Address | $0.00 | $0.00 | $0.00 |
| 08/21/2015 | SERVED AWAIT RETURN | $0.00 | $0.00 | $0.00 |
| 08/21/2015 | COMPLETE | $0.00 | $0.00 | $0.00 |
| 08/27/2015 | CANCELLED PER CLIENT | $0.00 | $0.00 | $0.00 |
| **UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE** | | $0.00 | $0.00 | $0.00 |
| 08/19/2015 | PENDING | $0.00 | $75.00 | $75.00 |
| 08/20/2015 | ATTEMPTING SERVICE - 1st Address | $0.00 | $0.00 | $0.00 |
| 08/21/2015 | SERVED AWAIT RETURN | $0.00 | $0.00 | $0.00 |
| 08/21/2015 | COMPLETE | $0.00 | $0.00 | $0.00 |
| 08/27/2015 | CANCELLED PER CLIENT | $0.00 | $0.00 | $0.00 |
| **DISCOVER BANK** | | $0.00 | $0.00 | $0.00 |
| 08/19/2015 | PENDING | | | |

# PROVEST

08/27/2015

4520 SEEDLING CIRCLE
TAMPA, FL  33614-2400
Phone: 813-877-2844 Email: accounts_receivable@provest.us

## INVOICE

### INVOICE NUMBER: [REDACTED]

| Date | Description | | | |
|------|-------------|------|------|------|
| 08/20/2015 | ATTEMPTING SERVICE - 1st Address | $0.00 | $75.00 | $75.00 |
| 08/21/2015 | SERVED AWAIT RETURN | $0.00 | $0.00 | $0.00 |
| 08/21/2015 | COMPLETE | $0.00 | $0.00 | $0.00 |
| 08/27/2015 | CANCELLED PER CLIENT | $0.00 | $0.00 | $0.00 |

**BANK OF AMERICA, N.A. F/K/A FIA CARD SERVICES, N.A.**

| Date | Description | | | |
|------|-------------|------|------|------|
| 08/19/2015 | PENDING | $0.00 | $0.00 | $0.00 |
| 08/20/2015 | ATTEMPTING SERVICE - 1st Address | $0.00 | $75.00 | $75.00 |
| 08/21/2015 | SERVED AWAIT RETURN | $0.00 | $0.00 | $0.00 |
| 08/21/2015 | COMPLETE | $0.00 | $0.00 | $0.00 |
| 08/27/2015 | CANCELLED PER CLIENT | $0.00 | $0.00 | $0.00 |

**CHASE BANK USA, NATIONAL ASSOCIATION**

| Date | Description | | | |
|------|-------------|------|------|------|
| 08/19/2015 | PENDING | $0.00 | $0.00 | $0.00 |
| 08/20/2015 | ATTEMPTING SERVICE - 1st Address | $0.00 | $75.00 | $75.00 |
| 08/21/2015 | SERVED AWAIT RETURN | $0.00 | $0.00 | $0.00 |
| 08/21/2015 | COMPLETE | $0.00 | $0.00 | $0.00 |
| 08/27/2015 | CANCELLED PER CLIENT | $0.00 | $0.00 | $0.00 |

**ANY AND ALL OCCUPANTS**

| Date | Description | | | |
|------|-------------|------|------|------|
| 08/27/2015 | TENANT NOTICE MAILED | $0.00 | $20.00 | $20.00 |
| 08/27/2015 | CANCELLED PER CLIENT | $0.00 | $0.00 | $0.00 |

**MARK LOWE AS JOHN DOE #1**

| Date | Description | | | |
|------|-------------|------|------|------|
| 08/20/2015 | ATTEMPTING SERVICE - 1st Address | $0.00 | $75.00 | $75.00 |
| 08/21/2015 | SERVICE COMPLETE | $0.00 | $0.00 | $0.00 |
| 08/27/2015 | TENANT NOTICE MAILED | $0.00 | $20.00 | $20.00 |
| 08/27/2015 | CANCELLED PER CLIENT | $0.00 | $0.00 | $0.00 |

**NICOLAS LOWE AS JOHN DOE #2**

| Date | Description | | | |
|------|-------------|------|------|------|
| 08/20/2015 | ATTEMPTING SERVICE - 1st Address | $0.00 | $75.00 | $75.00 |
| 08/21/2015 | SUITABLE SERVICE | $0.00 | $0.00 | $0.00 |
| 08/27/2015 | TENANT NOTICE MAILED | $0.00 | $20.00 | $20.00 |
| 08/27/2015 | CANCELLED PER CLIENT | $0.00 | $0.00 | $0.00 |

**MISCELLANEOUS CHARGES**

| | | |
|---|---|---|
| FILING AFFIDAVITS | $50.00 | |
| NOTICE SERVED | $120.00 | |
| **TOTAL MISC. CHARGES:** | $170.00 | |

| | |
|---|---|
| SUBTOTAL: | $880.00 |
| TOTAL EXTRA CHARGES: | $170.00 |
| PREPAID: | $0.00 |
| **TOTAL:** | $1,050.00 |

PLEASE REMIT PAYMENT TO:
PROVEST LLC
PO BOX 919415
ORLANDO, FL 32891-9415

# INVOICE

## SOLUTIONSTAR SETTLEMENT SERVICES
420 ROUSER RD.
BUILDING 3
CORAOPOLIS PA 15108
PHONE: (888) 852-5380    FAX: (000) 000-0000

| Date | 10/15/2015 |
|---|---|
| Invoice # | |
| Sub No. | |

Ras Boriskin, LLC
Title
900 Merchants Concourse
Suite LL-13
Westbury NY 11590
SUBSCRIBER FAX NO:

GENERATED BY: LBOLANOS

Re
LOWE;DANIEL

19 MELNICK RD
LAKE PEEKSKILL NY 10537

County
PUTNAM

| Order Number | Order Date | Deal Number | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|
| | 10/09/2015 | | | 10/15/2015 | $75.00 |

| Product | Contact |
|---|---|
| NY Gap Continuation Search | RAS BORISKIN, LLC |

---

## PLEASE REMIT PAYMENT TO:

### SOLUTIONSTAR SETTLEMENT SERVICES
### PO BOX 3484 ATTN: ACCTG DEPARTMENT
### COPPELL, TX 75019

Ras Boriskin, LLC
Title
900 Merchants Concourse
Suite LL-13
Westbury NY 11590
SUBSCRIBER FAX NO:

GENERATED BY: LBOLANOS

Re
LOWE;DANIEL

19 MELNICK RD
LAKE PEEKSKILL NY 10537

County
PUTNAM

| Order Number | Order Date | Deal Number | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|
| | 10/09/2015 | | | 10/15/2015 | $75.00 |

| Product | Contact |
|---|---|
| NY Gap Continuation Search | RAS BORISKIN, LLC |

1028676561                    2867656                    15607

Payee:  Frank D. Lombardi, Esq.                              11/19/2018                    90806

| Date | Reference | | Description | | Amount |
|------|-----------|--|-------------|--|--------|
| 11/19/2018 *FL ████████ Pin ████████ | | | REF ████████ | LOWE, DANIEL | 250.00 |

RAS Boriskin, LLC    OPERATING ACCOUNT                       Check Total:           250.00

Payee:  Frank D. Lombardi, Esq.                              11/19/2018                    90806

| Date | Reference | | Description | | Amount |
|------|-----------|--|-------------|--|--------|
| 11/19/2018 ████████ | | | ████████ | LOWE, DANIEL | 250.00 |

RAS Boriskin, LLC    OPERATING ACCOUNT                       Check Total:           250.00

# RAS
# BORISKIN
## LAW OFFICES

OPERATING ACCOUNT                                                    90806
900 Merchants Concourse, Suite 310                                  93-8413/2670
Westbury, NY 11590

Date   11/19/2018

$**250.00**

********Two hundred fifty and 00/100 USD********

PAY TO THE   Frank D. Lombardi, Esq.
ORDER OF     13 Maple Hill Drive

Mahopac         NY 10541

JPMorgan Chase Bank, N.A.
Miami, FL                                          AUTHORIZED SIGNATURE

Memo _____

# EXHIBIT "C"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

IN RE:                                              CASE NO.: 19-35910-cgm
                                                      CHAPTER 7

Daniel Lowe,

         Debtor.

-------------------------------------------------------------------X

**RELIEF FROM STAY - REAL ESTATE AND**
**COOPERATIVE APARTMENTS**

I, **Chastity Wilson - Assistant Secretary**

\<NAME AND TITLE\> OF

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-AB1 (HEREINAFTER, "Movant"), HEREBY DECLARE (OR CERTIFY, VERIFY, OR STATE):

**BACKGROUND INFORMATION**

1. REAL PROPERTY OR COOPERATIVE APARTMENT ADDRESS WHICH IS THE SUBJECT OF THIS MOTION: 19 Melnick Road, Lake Peekskill, NY 10537

2. LENDER NAME: NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-AB1

3. DATE OF MORTGAGE \<MM/DD/YYYY\>: 10/27/2006

4. POST-PETITION PAYMENT ADDRESS: Nationstar Mortgage LLC, d/b/a Mr. Cooper, Attn: Bankruptcy Dept., PO Box 619094, Dallas, TX 75261-9741

**DEBT/VALUE REPRESENTATIONS**

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AT THE TIME OF FILING THE MOTION: $462,981.10
(Note: this amount may not be relied on as a "payoff" quotation.)

6. MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY OR COOPERATIVE APARTMENT: $251,900.00

7. SOURCE OF ESTIMATED VALUATION:
County Tax Assessor

## STATUS OF DEBT AS OF
## THE PETITION DATE

8. TOTAL PRE-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AS OF PETITION FILING DATE:

$ 462,981.10

  A.    AMOUNT OF PRINCIPAL: $246,706.02

  B.    AMOUNT OF INTEREST: $21,408.40

  C.    AMOUNT OF ESCROW (TAXES AND INSURANCE): $39,864.51

  D.    AMOUNT OF FORCED PLACED INSURANCE EXPENDED BY MOVANT: $_____

  E.    AMOUNT OF ATTORNEYS' FEES BILLED TO DEBTOR(S) PRE-PETITION: $_____

  F.    AMOUNT OF PRE-PETITION LATE FEES, IF ANY, BILLED TO DEBTOR(S): $_____

THE PRE-PETITION DEFAULT AMOUNT IS $82,939.29 BASED UPON 43 MISSED PAYMENTS IN THE AMOUNT OF
$1,537.02; 7 MISSED PAYMENTS IN THE AMOUNT OF $2,135.43; 1 MISSED PAYMENTS IN THE AMOUNT OF $1,899.42

9. CONTRACTUAL INTEREST RATE:  2.0 %        (If interest rate is (or was) adjustable, please list the
rate(s) and date(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this
form; please list the exhibit number here: ____.)

10. PLEASE EXPLAIN ANY ADDITIONAL PRE-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO
DEBTOR'S/DEBTORS' ACCOUNT AND NOT LISTED ABOVE: Corporate Advances $154,962.17

(If additional space is needed, please list the amounts on a separate sheet and attach the sheet as an exhibit to
this form; please list the exhibit number here: _____.)

## AMOUNT OF ALLEGED POST-PETITION DEFAULT
## (AS OF 06/03/2019)

11. DATE LAST PAYMENT WAS RECEIVED: 03/12/2015

12. ALLEGED TOTAL NUMBER OF PAYMENTS DUE POST-PETITION FROM FILING OF PETITION THROUGH
PAYMENT DUE ON 06/01/2019: 1

13. PLEASE LIST ALL POST-PETITION PAYMENTS ALLEGED TO BE IN DEFAULT:

| ALLEGED PAYMENT DUE DATE | ALLEGED AMOUNT DUE | AMOUNT RECEIVED | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO ESCROW | LATE FEE CHARGED (IF ANY) |
|---|---|---|---|---|---|---|
| 06/01/2019 | $1,899.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTALS: | $1,899.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

14. AMOUNT OF MOVANT'S ATTORNEYS' FEES BILLED TO DEBTOR FOR THE PREPARATION, FILING AND PROSECUTION OF THIS MOTION: $931.00

15. AMOUNT OF MOVANT'S FILING FEE FOR THIS MOTION: $ 181.00

16. OTHER ATTORNEYS' FEES BILLED TO DEBTOR POST-PETITION: $750.00

17. AMOUNT OF MOVANT'S POST-PETITION INSPECTION FEES: $0.00

18. AMOUNT OF MOVANT'S POST-PETITION APPRAISAL/BROKER'S PRICE OPINION: $0.00

19. AMOUNT OF FORCED PLACED INSURANCE OR INSURANCE PROVIDED BY THE MOVANT POST-PETITION: $0.00

20. SUM HELD IN SUSPENSE BY MOVANT IN CONNECTION WITH THIS CONTRACT, IF APPLICABLE: $0.00

21. AMOUNT OF OTHER POST-PETITION ADVANCES OR CHARGES, FOR EXAMPLE TAXES, INSURANCE INCURRED BY DEBTOR ETC.: $0.00

### REQUIRED ATTACHMENTS TO MOTION

Please attach the following documents to this motion and indicate the exhibit number associated with the documents.

(1) Copies of documents that indicate Movant's interest in the subject property. For purposes of example only, a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignments in the chain from the original mortgagee to the current moving party. (Exhibit A.)

(2) Copies of documents establishing proof of standing to bring this Motion. (Exhibit A.)

(3) Copies of documents establishing that Movant's interest in the real property or cooperative apartment was perfected. For the purposes of example only, a complete and legible copy of the Financing Statement (UCC-1) filed with either the Clerk's Office or the Register of the county the property or cooperative apartment is located in. (Exhibit A.)

### CERTIFICATION FOR BUSINESS RECORDS

I CERTIFY THAT THE INFORMATION PROVIDED IN THIS FORM AND/OR ANY EXHIBITS ATTACHED TO THIS FORM (OTHER THAN THE TRANSACTIONAL DOCUMENTS ATTACHED AS REQUIRED BY PARAGRAPHS 1, 2 AND 3, IMMEDIATELY ABOVE) IS DERIVED FROM RECORDS THAT WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS, WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY; AND WERE MADE BY THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

I FURTHER CERTIFY THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS FORM AS REQUIRED BY PARAGRAPHS 1, 2 AND 3, IMMEDIATELY ABOVE, ARE TRUE AND ACCURATE COPIES OF THE ORIGINAL DOCUMENTS. I FURTHER CERTIFY THAT THE ORIGINAL DOCUMENTS ARE IN MOVANT'S POSSESSION, EXCEPT AS FOLLOWS:

## DECLARATION

I, __Chastity Wilson - Assistant Secretary__
<NAME AND TITLE> OF

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-AB1, HEREBY DECLARE (OR CERTIFY, VERIFY, OR STATE) PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT'S BOOKS AND BUSINESS RECORDS.

EXECUTED AT __Lewisville__ <CITY/TOWN>, __TX__ <STATE> ON THIS __13__ DAY OF __June__ <MONTH>, 20__19__ <YEAR>.

*Chastity Wilson*
<PRINT NAME>

Chastity Wilson
Assistant Secretary of Nationstar Mortgage LLC
d/b/a Mr. Cooper
Affiant

<TITLE>
Nationstar Mortgage LLC d/b/a Mr. Cooper
Attn: Bankruptcy Dept
8950 Cypress Waters Blvd
Coppell, Texas 75019

# EXHIBIT "D"

```
STATE OF NEW YORK                    2 0 1 8   F I N A L  A S S E S S M E N T   R O L L                              PAGE  1268
COUNTY - Putnam                          T A X A B L E   SECTION OF THE ROLL - 1          VALUATION DATE-JUL 01, 2017
TOWN   - Putnam Valley                        TAX MAP NUMBER SEQUENCE              TAXABLE STATUS DATE-MAR 01, 2018
SWIS   - 372800                          UNIFORM PERCENT OF VALUE IS 100.00
```

```
TAX MAP PARCEL NUMBER          PROPERTY LOCATION & CLASS  ASSESSMENT  EXEMPTION CODE-----------------COUNTY-------TOWN-----SCHOOL
CURRENT OWNERS NAME            SCHOOL DISTRICT            LAND        TAX DESCRIPTION              TAXABLE VALUE
CURRENT OWNERS ADDRESS         PARCEL SIZE/GRID COORD     TOTAL       SPECIAL DISTRICTS                                ACCOUNT NO.
```

```
                               19 Melnick Pl
                               210 1 Family Res                     BAS STAR  41854           0        0       48,070
Lowe Daniel & Chandra          Putnam Valley C 372803    65,300     COUNTY   TAXABLE VALUE  251,900
19 Melnick Pl                  10300000030290000000     251,900     TOWN     TAXABLE VALUE  251,900
Lake Peekskill, NY 10537        0009600001120000000009 70           SCHOOL   TAXABLE VALUE  203,830
                               103-3-29                             FD014 Fire district      251,900 TO
                               FRNT   96.00 DPTH  112.00            IP001 Lake peek.imp      251,900 TO
                               EAST-0661923 NRTH-0911604
                               DEED BOOK 1722 PG-227
                               FULL MARKET VALUE         251,900
```